## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## BENTON DIVISION

| | | |
|---|---|---|
| JACK L. NORMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 09-721-JPG |
| | ) | |
| vs. | ) | Judge Gilbert |
| | ) | Magistrate Judge Wilkerson |
| CACH, LLC, and | ) | |
| CHASE BANK USA, N.A., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jack L. Norman hereby dismisses his claim against Defendants CACH, LLC, and Chase Bank U.S.A., N.A. with prejudice, with each party to bear its own costs and fees.

Respectfully Submitted,

s/Tiffany N. Hardy
Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
         & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Tiffany N. Hardy, hereby certify that on January 15, 2010, the foregoing document was filed via the Court's CM/ECF system and notification of such filing was sent to the following parties:

Christopher M. Hohn
chohn@thompsoncoburn.com

Matthew J. Landwehr
mlandwehr@thompsoncoburn.com

The foregoing document was also sent via electronic mail to the following parties:

Douglas A. Antonik
dougantoniklaw@hotmail.com

Manuel H. Newburger
mnewburger@bns-law.com

s/ Tiffany N. Hardy
Tiffany N. Hardy