UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JACK L. NORMAN,

        Plaintiff,

   v.

CACH LLC and
CHASE BANK USA, N.A.,

        Defendants.

Case No. 09-cv-721-JPG

## MEMORANDUM & ORDER

This matter comes before the Court on Plaintiff Jack L. Norman's Notice (Doc. 22) of voluntary dismissal. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff has an absolute right to dismiss an action without a court order at any time before service by an adverse party of an answer or of a motion for summary judgment, whichever first occurs. Defendants have not yet filed an answer or motion for summary judgment in this case. The Court therefore **DISMISSES with prejudice** all of Norman's claims in this matter. The Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: January 20, 2010**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**