UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JACK L. NORMAN,

      Plaintiff,

  v.                                    Case No. 09-cv-721-JPG

CACH LLC and
CHASE BANK USA, N.A.,

      Defendants.

## JUDGMENT

This matter having come before the Court, and Plaintiff Jack L. Norman having filed a notice of dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

                                                          NANCY J. ROSENSTENGEL

**Dated:**    **January 20, 2010**             by:s/Deborah Agans, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**